**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 95-5855**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JONATHAN E. SMITH, a/k/a John Smith,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Fayetteville. Terrence W. Boyle, District Judge. (CR-93-63-BO)

_____

Submitted: June 20, 1996          Decided: June 27, 1996

_____

Before HALL, WILKINS, and HAMILTON, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

William Lee Davis, III, Lumberton, North Carolina, for Appellant. Janice McKenzie Cole, United States Attorney, Robert E. Skiver, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jonathan E. Smith appeals from the district court's imposition of his sentence for drug trafficking and firearms violations. We affirm.

Smith's argument centers around his contention that the district court's findings were insufficient to justify a two-level enhancement for obstruction of justice pursuant to U.S.S.G. § 3C1.1. He concedes that the district court found that he lied about material matters, but contends that a finding of "lying" is insufficient to prove an intent to deceive under United States v. Dunnigan, 507 U.S. 87 (1993). The tantamount concern expressed by Dunnigan is that prior to applying a § 3C1.1 increase for perjury to an objecting defendant, the district court must find that the defendant's false statements were intended to deceive, as opposed to being mere inadvertent falsehoods occasioned by loss of memory. We find that the district court's characterization of Smith's statements as "lies" satisfies this concern because a lie, by definition, implicates an intent to deceive. As Smith has raised no other objections to his sentence, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED